UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1; JANE DOE 2; and JANE DOE 3,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC.; C.O. GUS PEREZ; C.O. BILLIE HANDSBUR; and DOES 1–50, inclusive,<br><br>Defendants. | Case No.: 22-CV-1533 JLS (DEB)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**<br><br>(ECF No. 4) |

Presently before the Court is Plaintiffs Jane Doe 1, Jane Doe 2, and Jane Doe 3's (collectively, "Plaintiffs") Motion to Remand ("Mot.," ECF No. 4), as well as Defendants CoreCivic, Inc.; C.O. Gus Perez; and C.O. Billie Handsbur's Notice of Consent to Remand (ECF No. 6).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Good cause appearing, the Court **GRANTS** Plaintiffs' Motion (ECF No. 4) and **REMANDS** this action to the Superior Court for the State of California, County of San Diego.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  November 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge